IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover         Date: April 4, 2008
Court Reporter: Paul Zuckerman

Criminal Action No. 08-cr-00025-MSK

*Parties*:                                *Counsel Appearing*:

UNITED STATES OF AMERICA,                 Kurt Bohn

    Plaintiff,

v.

ANDY R. DEMARCO,                          Dennis Hartley

    Defendant.

## COURTROOM MINUTES

HEARING: Motions (#8, 9, 10)

**9:06 a.m.** **Court in session**.

Defendant present in custody.

Oral findings and conclusions of law are made of record and incorporated herein.

**ORDER:** Defendant's Motion for Disclosure 404(b) Evidence (Doc. #8) is **DENIED as moot.**

**ORDER:** Defendant's Motion F.R.E. 702 (Doc. #9) is **DENIED as moot.**

**ORDER:** Defendant's Motion for Extension (Doc. #10) is **DENIED as moot.**

The Government makes an oral motion for extension of time to respond to Doc. #11.

**ORDER:** Government's oral motion for extension of time to respond to Doc. #11 is **GRANTED.** The Response shall be filed by **April 7, 2008.**

**ORDER:** Suppression hearing is set **April 25, 2008 at 1:30 p.m.,** in Courtroom A901, 901 19th Street, Denver, Colorado.

**ORDER:** The trial set on **April 21, 2008 and** the Final Pretrial Conference on **April 17, 2008 at 4:30 p.m. are VACATED.**

**ORDER:** Defendant is remanded to the care and custody of the United States Marshal Service.

**9:23 a.m.      Court in recess.**

**Total Time:   17 minutes.**
**Hearing concluded.**